## HAVENS v. NATIONAL CITY BANK OF BROOKLYN.

*Supplementary proceedings — depositary of bankrupt court not corporation holding funds of judgment debtor under Code, § 294.*

A bank holding funds belonging to a bankrupt estate as depositary of the bankrupt court of the United States, *held*, in supplementary proceedings upon a judgment against the assignee, not a corporation having property of the judgment debtor under Code, § 294.

APPEAL by the National City Bank of Brooklyn from an order of Mr. Justice PRATT, denying a motion of appellant to set aside and vacate an order by the same justice made in proceedings supplementary to execution requiring said bank to pay to the attorney of the judgment creditor $4,384.53, out of moneys deposited in said bank to the credit of the judgment debtor in said proceedings.

The proceedings were upon a judgment recovered by Joseph H. Havens against Silas B. Dutcher, assignee in bankruptcy of the Central Bank of Brooklyn, upon an indebtedness of said Central Bank. The moneys on deposit belonged to the said Central Bank, and were on deposit to the credit of said respondent, as assignee in bankruptcy.

*W. H. Hollis*, for appellant.

*E. L. Sanderson* and *John H. Bergen*, for respondents.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

BARNARD, P. J. The appellant, The National City Bank of Brooklyn, is not a corporation having property of the judgment debtor, under section 294 of the Code. It is a depositary of the Bankrupt Court of the United States for the eastern district of New York. It has no power to pay out any of the funds so deposited, except upon a warrant of the assignee in bankruptcy, countersigned by the district judge, or by a register in bankruptcy of the district. The fund is in the Bankrupt Court, and is to be disposed of by order of that court. Bankrupt Law of 1867, § 27.

The Bankrupt Court has the sole jurisdiction over the bankrupt's estate.

The order is reversed, with $10 costs.

*Order reversed.*